Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

AUGUST HECKSCHER, Appellant, v. EDMUND L. BAYLIES, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

EFTERPI S. VRIONI, as Administratrix, etc., Respondent, v. ALBERT KRUMENAKER, Appellant.— Judgment and order affirmed, with costs, on the authority of *Wolcott* v. *Renault Selling Branch* (223 N. Y. 288). Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK CALDRELLA, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of the Commissioner of Public Charities of the City of New York, Respondent, v. CHARLES DE LUKACSEVICS, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

CHARLES WINFIELD ARMOUR, Individually and as Executor and Trustee or Donee, etc., Appellant, v. WILLIAM T. MINOR and Others, Respondents, Impleaded with Others.— Orders affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days after service of this order with notice of entry thereof upon payment of said costs and the costs awarded upon the motions at the Special Term. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.; Page and Shearn, JJ., dissented.

ANNIE S. DUFFY, as Administratrix, etc., Respondent, v. ANDREW E. KALBACH, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.; Clarke, P. J., dissented.

RUFUS P. HUBBARD, Appellant, v. ELIZA A. HUBBARD, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

HAROLD C. MATHEWS, Respondent, v. JOHN J. HEARN, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF. NEW YORK, by JESSE S. PHILLIPS, Superintendent of Insurance, for an Order to Take Possession of the Property and Liquidate the Business of the CASUALTY COMPANY OF AMERICA. Application of GERSON C. YOUNG, as Assignee, of HENRY A. MILLER, Attorney and Counselor at Law, for Leave to Institute Proceedings to Fix the Value of Services in Behalf of the CASUALTY COMPANY OF AMERICA, and Awarding an Attorney's Lien against Certain Specific Real Property in Possession of the Superintendent of Insurance. JESSE S. PHILLIPS, Superintendent of Insurance, Appellant; GERSON C. YOUNG, as Assignee, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.